**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 11-CV-03871 |

Tony Kole, et al.,

v.

VILLAGE OF NORRIDGE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

VILLAGE OF NORRIDGE   RONALD A. OPPEDISANO   JAMES J. JOBE   JUDITH D. BERNARDI

URSULA A. KUCHARSKI   DENNIS H. STEFANOWICZ   DOMINIC SULIMOWSKI

JACQUELINE GREGORIO   ROBERT MARTWICK   MARK V. CHESTER

NAME (Type or print)
Thomas G. DiCianni

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
/s/ Thomas G. DiCianni

FIRM   ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C.,

STREET ADDRESS   140 South Dearborn Street, Sixth Floor, Chicago, IL 60603

CITY/STATE/ZIP   Chicago, IL 60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 03127041 | TELEPHONE NUMBER 312/604-9107 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, GREGORIO, AND ROBERT MARTWICK, individually and as Trustee of the Village of the Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge,<br><br>            Defendants. | No. 11-CV-03871 |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on July 1, 2011, the foregoing **APPEARANCE** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Walter Peter Maksym , Jr.
2056 North Lincoln Avenue
Chicago, IL 60614-4525
Email: wmaksym@gmail.com

                            /s/  Thomas G. DiCianni
                            THOMAS G. DiCIANNI, (ARDC# 03127041)
                            One of the attorneys for Defendant

                            ANCEL, GLINK, DIAMOND, BUSH, DICIANNI
                            & KRAFTHEFER, P.C.
                            140 South Dearborn Street, Sixth Floor
                            Chicago, Illinois 60603
                            Telephone:    (312) 782-7606
                            Facsimile:     (312) 782-0943
                            E-Mail:        tdicianni@ancelglink.com