

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3871 | **DATE** | 7/15/2011 |
| **CASE TITLE** | TONY KOLE vs. VILLAGE OR NORRIDGE, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order that Defendants, are granted to July 28, 2011, to answer or otherwise plead to the Complaint.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

FILED 2011 JUL 19 PM 4:11
CLERK U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|