IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, et.al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Case No: 1:11-cv-03871 |
| | ) | |
| v. | ) | Hon. Charles R. Norgle, Sr. |
| | ) | U.S. District Judge |
| VILLAGE OF NORRIDGE, et. al., | ) | |
| | ) | Hon. Morton Denlow |
| Defendants. | ) | U.S. Magistrate Judge |

NOTICE OF FILING

PLEASE TAKE NOTICE that on September 6, 2011 I filed Plaintiffs' Amended Complaint and this Notice of Filing, copies of which are herewith served upon you.

>   /s/  Walter Maksym
>   Walter P. Maksym, Jr.
>   Attorney for Plaintiff
>   2056 N. Lincoln Avenue
>   Chicago, IL 60614-4525
>   Telephone: (312) 218-4475
>   e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing document by electronically filing it on September 6, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

   Thomas G. Dicianni
   Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C.
   140 South Dearborn Street, Sixth Floor
   Chicago, IL 60603

>    /s/ Walter P. Maksym, Jr.
>    Walter P. Maksym, Jr.