**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Tony Kole, et al.
        Plaintiff,

v.              Case No.: 1:11−cv−03871
              Honorable Charles R. Norgle Sr.

Village of Norridge, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 29, 2011:

  MINUTE entry before Honorable Charles R. Norgle, Sr: Motion for Leave to File Over sized Brief [15] is granted. Response to motion to dismiss, [13] is due on or before 10/21/2011. Defendant's reply is due on or before 11/4/2011. The parties are not required to appear before the court on Friday, September 30, 2011. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.