```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

TONY KOLE, et. al.,            )
                               )    Civil Case No: 1:11-cv-03871
            Plaintiffs,        )
                               )    Hon. Charles R. Norgle, Sr.
        v.                     )    U.S. District Judge
                               )
VILLAGE OF NORRIDGE, et. al.,  )    Hon. Morton Denlow
                               )    U.S. Magistrate Judge
            Defendants.        )

                       NOTICE OF MOTION

TO:   Thomas G. DiCianni tdicianni@ancelglink.com
      *ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.*
      140 South Dearborn Street, Sixth Floor
      Chicago, IL 60603

PLEASE TAKE NOTICE that on October 28, 2011 I at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle, Sr.,, in the Courtroom usually occupied by him in Room 2341 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago Illinois, and then and there present I shall present Plaintiffs' Motion to Enlarge Time and for Leave to File an Oversized Memorandum in Opposition to the Oversized Memorandum Filed by Defendants in Support of Their Motion to Dismiss and this Notice of Filing before U.S. District Judge Charles R. Norgle, Sr., copies of which are herewith served upon you, courtesy copies of which has been sent to said Judge.

                                    */s/ Walter P. Maksym, Jr.*
                                    Walter P. Maksym, Jr.
                                    Attorney for Plaintiff
                                    2056 N. Lincoln Avenue
                                    Chicago, IL 60614-4525
                                    Telephone: (312) 218-4475
                                    e-mail: wmaksym@gmail.com


                       CERTIFICATE OF SERVICE

    The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on October 21, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to above-listed counsel for Defendants.


                                    */s/ Walter P. Maksym, Jr.*
                                    Walter P. Maksym, Jr.