IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that on October 21, 2011 I filed Plaintiffs' Motion to Enlarge Time and for Leave to File an Oversized Memorandum in Opposition to the Oversized Memorandum Filed by Defendants in Support of Their Motion to Dismiss and this Notice of Filing, copies of which are herewith served upon you, courtesy copies of which has been sent to said Judge.

 /s/ Walter P. Maksym, Jr.
Walter P. Maksym, Jr.
Attorney for Plaintiff
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on October 21, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

Thomas G. DiCianni
tdicianni@ancelglink.com
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603

 /s/ Walter P. Maksym, Jr.
Walter P. Maksym, Jr.