**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Tony Kole, et al.
                      Plaintiff,

v.                                         Case No.: 1:11−cv−03871
                                                   Honorable Charles R. Norgle Sr.

Village of Norridge, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 26, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Motion to Enlarge Time and for Leave to File an Oversized Memorandum [18] is granted. Discovery ordered closed by 4/2/2012. Pretrial Order due by 5/1/2012. Jury trial is set for 7/3/2012 at 10:00 a.m. The parties are not required to appear before the court on Friday, October 28, 2011. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.