```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on November 18, 2011 I filed Plaintiffs' Motion to Enlarge Time and this Notice of Filing, copies of which are herewith served upon you, courtesy copies of which has been sent to said Judge.

                                                  */s/ Walter P. Maksym, Jr.*
                                                  Walter P. Maksym, Jr.
                                                  Attorney for Plaintiff
                                                  2056 N. Lincoln Avenue
                                                  Chicago, IL 60614-4525
                                                  Telephone: (312) 218-4475
                                                  e-mail: wmaksym@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on November 18, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

    Thomas G. DiCianni
    tdicianni@ancelglink.com
    *ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.*
    140 South Dearborn Street, Sixth Floor
    Chicago, IL 60603

                                                  */s/ Walter P. Maksym, Jr.*
                                                  Walter P. Maksym, Jr.