```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

TONY KOLE, et. al.,                )
                                   )   Civil Case No: 1:11-cv-03871
        Plaintiffs,       )
                                   )   Hon. Charles R. Norgle, Sr.
     v.                     )   U.S. District Judge
                                   )
VILLAGE OF NORRIDGE, et. al.,      )   Hon. Morton Denlow
                                   )   U.S. Magistrate Judge
        Defendants.       )

### NOTICE OF MOTION

TO:   Thomas G. DiCianni tdicianni@ancelglink.com
      ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.
      140 South Dearborn Street, Sixth Floor
      Chicago, IL 60603

PLEASE TAKE NOTICE that on November 29, 2011 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle, Sr., in the Courtroom usually occupied by him in Room 2341 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago Illinois, and then and there present I shall present Plaintiffs' Motion to Enlarge Time and this Notice of Filing before U.S. District Judge Charles R. Norgle, Sr., copies of which are herewith served upon you, courtesy copies of which has been sent to said Judge.

                                           */s/ Walter P. Maksym, Jr.*
                                           Walter P. Maksym, Jr.
                                           Attorney for Plaintiff
                                           2056 N. Lincoln Avenue
                                           Chicago, IL 60614-4525
                                           Telephone: (312) 218-4475
                                           e-mail: wmaksym@gmail.com

### CERTIFICATE OF SERVICE

    The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on November 18, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to above-listed counsel for Defendants.

                                           */s/ Walter P. Maksym, Jr.*
                                           Walter P. Maksym, Jr.