**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Tony Kole, et al.
                                  Plaintiff,
v.                                                        Case No.: 1:11−cv−03871
                                                          Honorable Charles R. Norgle Sr.
Village of Norridge, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 28, 2011:

    MINUTE entry before Honorable Charles R. Norgle, Sr: Motion for extension of time [23] is granted. Plaintiffs' time within which to file their Response to Defendants' Motion to Dismiss is extended to and until December 1, 2011. Defendants may file their Reply on or before December 15, 2011. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.