IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that on December 1, 2011 I filed Plaintiffs' Response to Defendants' Motion to Dismiss Amended Complaint, Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint, and this Notice of Filing, copies of which are herewith served upon you, courtesy copies of which will been sent to said District Judge.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Walter P. Maksym, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　2056 N. Lincoln Avenue
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60614-4525
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 218-4475
　　　　　　　　　　　　　　　　　　　　　　　e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on December 1, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

Thomas G. DiCianni
tdicianni@ancelglink.com
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Walter P. Maksym, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Walter P. Maksym, Jr.