```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

                        NOTICE OF MOTION

TO:  Thomas G. DiCianni tdicianni@ancelglink.com
     ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.
     140 South Dearborn Street, Sixth Floor
     Chicago, IL 60603

   PLEASE TAKE NOTICE that on December 30, 2011 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle, Sr., in the Courtroom usually occupied by him in Room 2341 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago Illinois, and then and there present Plaintiffs' Unopposed Motion to Enlarge Time and for Leave to File Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint before U.S. District Judge Charles R. Norgle, Sr., copies of which are herewith served upon you, courtesy copies of which will be sent to said Judge.

                                    */s/ Walter P. Maksym, Jr.*
                                    Walter P. Maksym, Jr.
                                    Attorney for Plaintiff
                                    2056 N. Lincoln Avenue
                                    Chicago, IL 60614-4525
                                    Telephone: (312) 218-4475
                                    e-mail: wmaksym@gmail.com

                      CERTIFICATE OF SERVICE

   The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on November 18, 2011 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to above-listed counsel for Defendants.

                                    */s/ Walter P. Maksym, Jr.*