# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Tony Kole, et al.
                              Plaintiff,

v.                                              Case No.: 1:11−cv−03871
                                                Honorable Charles R. Norgle Sr.

Village of Norridge, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2011:

MINUTE entry before Honorable Charles R. Norgle, Sr:Motion for extension of time [29] is granted. Plaintiffs' time to file their response to Defendants' Motion to Dismiss, [13] is extended to and including 1/4/2012. Defendants' reply is due on or before 1/25/2012. The parties are not required to appear before the court on 12/30/2011. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.