# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3871 | **DATE** | 12/22/2011 |
| **CASE TITLE** | TONY KOLE KET AL. Vs. VILLAGE OF NORRIDGE, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order for extension of time to file response.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED 2011 DEC 22 PM 1:20 CLERK U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|