IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, et. al., | ) |
|         Plaintiffs, | ) Civil Case No: 1:11-cv-03871 |
| v. | ) Hon. Charles R. Norgle, Sr. |
| | ) U.S. District Judge |
| VILLAGE OF NORRIDGE, et. al., | ) Hon. Morton Denlow |
| | ) U.S. Magistrate Judge |
|         Defendants. | ) |

### AGREED ORDER

This cause coming on to be heard pursuant to notice on Plaintiffs' Unopposed Motion to Enlarge Time and for Leave to File Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint, with this Court being fully advised in the premises:

IT IS ORDERED:

1. Plaintiffs' Unopposed Motion to Enlarge Time and for Leave to File Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint be and is hereby granted.

2. The time within which Plaintiffs may file their Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint and an Amended Notice of Filing is hereby extended to and leave is given to file them on or before January 4, 2012; and Defendants may file their reply thereto on or before January 25, 2012.

Entered this 22 day of December 2011 at Chicago Illinois.

E
N
T
E
R _____
Hon. Charles R. Norgle, Sr.
U.S. District Judge

Walter P. Maksym
Attorney for Plaintiffs
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: 312-218-4475
email: wmaksym@gmail.com