IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company,<br><br>      Plaintiffs,<br><br>    v.<br><br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, DOMINIC S. FALAGARIO, JACQUELINE GREGORIO, AND ROBERT MARTWICK, individually and as Trustees Of the Village of Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No: 1:11-cv-03871<br><br>Hon. Charles R. Norgle, Sr.<br>U.S. District Judge<br><br>Hon. Morton Denlow<br>U.S. Magistrate Judge |

PLAINTIFFS' AMENDED RESPONSE TO
DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

  NOW COME Plaintiffs, TONY KOLE and GHOST INDUSTRIES, LLC, by their attorney, Walter P. Maksym, Jr., and submit this Amended Response to Defendants' Motion to Dismiss Amended Complaint (Doc. 15) and their Memorandum in Support (Doc. 15.1), stating:

  1. Plaintiffs admit that they have filed an eighteen-count Amended Complaint. However, Defendants mischaracterizes it as merely challenges their "licensing and regulation of Plaintiffs' weapons sales business within the Village of Norridge" is oversimplified, as will be discussed in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss

Amended Complaint filed herewith.

WHEREFORE Plaintiffs respectfully pray that, for the reasons set forth in Plaintiffs' Memorandum, this Court should enter an order find that the Amended Complaint states claims upon which relief could be granted, deny Defendants' Motion to Dismiss it, and grant such other further relief as may be fair, just and proper in the premises.

        Respectfully submitted,

        TONY KOLE and GHOST INDUSTRIES, LLC, Plaintiffs,

        By /s/ *Walter P. Maksym, Jr.*
          Walter P. Maksym, Jr., their attorney

Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com