IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

AMENDED NOTICE OF FILING

PLEASE TAKE NOTICE that on January 4, 2012 I filed Plaintiffs' Amended Response to Defendants' Motion to Dismiss Amended Complaint and on January 10, 2012 I filed Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint and this Amended Notice of Filing, copies of which are so served upon you, courtesy copies of which will been sent to said District Judge.

                                                  */s/ Walter P. Maksym, Jr.*
                                                  Walter P. Maksym, Jr.
                                                  Attorney for Plaintiff
                                                  2056 N. Lincoln Avenue
                                                  Chicago, IL 60614-4525
                                                  Telephone: (312) 218-4475
                                                  e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on January 4 and 10, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

    Thomas G. DiCianni
    tdicianni@ancelglink.com
    Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer P.C.
    140 South Dearborn Street, Sixth Floor
    Chicago, IL 60603

                                                  */s/ Walter P. Maksym, Jr.*
                                                  Walter P. Maksym, Jr.