# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3871 | **DATE** | 1/11/2012 |
| **CASE TITLE** | TONY KOLE, et al. vs. VILLAGE OF NORRIDGE | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order modifying the briefing schedule on Defendant's Motion to Dismiss.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

FILED
2012 JAN 11 PM 4:44
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|