IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, et. al., | ) |
| Plaintiffs, | ) Civil Case No: 1:11-cv-03871 |
| | ) Hon. Charles R. Norgle, Sr. |
| v. | ) U.S. District Judge |
| | ) |
| VILLAGE OF NORRIDGE, et. al., | ) Hon. Morton Denlow |
| | ) U.S. Magistrate Judge |
| Defendants. | ) |

AGREED ORDER

This cause coming on to be heard pursuant agreement of the parties by their respective counsel, with notice of presentment being waived, and with this Court being fully advised in the premises:

IT IS ORDERED:

1. The time is extended and leave is hereby granted for Plaintiffs to file their Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint and an Amended Notice of Filing to January 10, 2012.

2. The time within which Defendants may file their reply thereto is hereby extended to January 31, 2012.

Entered this _11_ day of January 2012 at Chicago Illinois.

E
    N
        T
            E
                R _____
                    Hon. Charles R. Norgle, Sr.
                    U.S. District Judge

Walter P. Maksym
Attorney for Plaintiffs
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: 312-218-4475
email: wmaksym@gmail.com