**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 11-CV-03871

Tony Kole, et al.,

v.

VILLAGE OF NORRIDGE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

VILLAGE OF NORRIDGE   RONALD A. OPPEDISANO   JAMES J. JOBE   JUDITH D. BERNARDI

URSULA A. KUCHARSKI   DENNIS H. STEFANOWICZ   DOMINIC SULIMOWSKI

DOMINIC S. FALAGARIO   JACQUELINE GREGORIO   ROBERT MARTWICK   MARK V. CHESTER

| | |
|---|---|
| NAME (Type or print) Brent O. Denzin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  /s/ Brent O. Denzin | |
| FIRM  ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C., | |
| STREET ADDRESS  140 South Dearborn Street, Sixth Floor, Chicago, IL 60603 | |
| CITY/STATE/ZIP  Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6294953 | TELEPHONE NUMBER 312/782-7606 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                       APPOINTED COUNSEL | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company,<br><br>        Plaintiffs,<br><br>  v.<br><br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, GREGORIO, AND ROBERT MARTWICK, individually and as Trustee of the Village of the Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge,<br><br>        Defendants. | No. 11-CV-03871 |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on July 1, 2011, the foregoing **APPEARANCE** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Walter Peter Maksym , Jr.
2056 North Lincoln Avenue
Chicago, IL 60614-4525
Email: wmaksym@gmail.com

        /s/  Thomas G. DiCianni
        THOMAS G. DiCIANNI, (ARDC# 03127041)
        One of the attorneys for Defendant

        ANCEL, GLINK, DIAMOND, BUSH, DICIANNI
        & KRAFTHEFER, P.C.
        140 South Dearborn Street, Sixth Floor
        Chicago, Illinois 60603
        Telephone:    (312) 782-7606
        Facsimile:     (312) 782-0943
        E-Mail:        tdicianni@ancelglink.com