IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company,<br><br>          Plaintiffs,<br><br>     v.<br><br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, JACQUELINE GREGORIO, AND ROBERT MARTWICK, individually and as Trustees of the Village of the Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge,<br><br>          Defendants. | No. 11-CV-03871 |

## **DEFENDANTS' MOTION FOR EXTENSION AND FOR LEAVE TO FILE OVERSIZED REPLY**

NOW COME the Defendants, VILLAGE OF NORRIDGE, RONALD A. OPPEDISANO, JAMES J. JOBE, JUDITH D. BERNARDI, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, DOMINIC S. FALAGARIO, JACQUELINE GREGORIO, ROBERT MARTWICK and MARK V. CHESTER, by and through their counsel, ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C., and move this Court for an extension of time to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, and in support of that motion, state the following

1.      Pending before the court is defendants' Motion to Dismiss plaintiffs' Amended Complaint, which contains 15 separate counts, alleging violations of nine constitutional provisions, three federal statutes, and making six separate state law claims, and which seeks injunctive relief and money damages against nine defendants.

2.      Defendants' Motion to Dismiss and supporting Memorandum of Law were filed with the court on September 29, 2011. The court allowed defendants to file an oversized memorandum of law of 43 pages.

3.      After four extensions, plaintiffs filed their response on January 10, 2012, and defendants were granted 21 days, until January 31, 2012, to reply. Plaintiffs' response is 48 pages long.

4.      Given the size and structure of plaintiffs' response, defendants are in need of one additional week to Reply. In addition, in order to address the multitude of issues and concepts raised in plaintiffs' 48-page Response, defendants request leave to file an oversized Reply of 26 pages.

WHEREFORE, Defendants pray this Court extend the time to file their Reply an additional 7 days, until February 8, 2012, and for leave to file an oversized Reply of 26 pages.

/s/ Thomas G. DiCianni

Thomas G. DiCianni (ARDC #03127041)
tdicianni@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants
140 South Dearborn Street, 6th Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company,<br><br>        Plaintiffs,<br><br>  v.<br><br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, JACQUELINE GREGORIO, AND ROBERT MARTWICK, individually and as Trustees of the Village of the Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge,<br><br>        Defendants. | No. 11-CV-03871 |

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on January 31, 2012, the foregoing **DEFENDANTS' MOTION FOR EXTENSION AND FOR LEAVE TO FILE OVERSIZED REPLY** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Walter Peter Maksym , Jr.
2056 North Lincoln Avenue
Chicago, IL 60614-4525
Email: wmaksym@gmail.com

|  |
|---|
| /s/ Thomas G. DiCianni |

THOMAS G. DiCIANNI, (ARDC# 03127041)
One of the attorneys for Defendants

ANCEL, GLINK, DIAMOND, BUSH, DICIANNI
& KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: tdicianni@ancelglink.com