IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, DOMINIC S. FALAGARIO, JACQUELINE GREGORIO, AND ROBERT MARTWICK, individually and as Trustees of the Village of the Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge, <br><br> Defendants. | No. 11-CV-03871 <br><br> Hon. Charles R. Norgle, Sr. <br> U.S. District Judge <br><br> Hon. Morton Denlow <br> U.S. Magistrate Judge |

## NOTICE OF MOTION

To: Walter Peter Maksym , Jr.
    Attorney at Law
    2056 North Lincoln Avenue
    Chicago, IL 60614-4525
    Email: wmaksym@gmail.com

    PLEASE TAKE NOTICE that on **February 3, 2012**, at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Charles R. Norgle, Sr.,**, in the Courtroom usually occupied by him in **Room 2341** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANTS' MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE OVERSIZED REPLY**, a copy of which is herewith served upon you.

                                                       /s/ Thomas G. DiCianni
                                                       THOMAS G. DICIANNI

Thomas G. DiCianni (ARDC #03127041)
tdicianni@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Walter Peter Maksym , Jr.
Attorney at Law
2056 North Lincoln Avenue
Chicago, IL 60614-4525
wmaksym@gmail.com

    /s/ Thomas G. DiCianni
    THOMAS G. DiCIANNI, Attorney Bar # 03127041
    One of the attorneys for Defendants

    ANCEL, GLINK, DIAMOND, BUSH,
    DICIANNI & KRAFTHEFER, P.C.
    140 South Dearborn Street, Sixth Floor
    Chicago, Illinois 60603
    Telephone:   (312) 782-7606
    Facsimile:    (312) 782-0943
    E-Mail:      tdicianni@ancelglink.com

\\agdom1\files\Users\DHincks\Mydocs\Hincks\1. TGD\Kole\NOM 013112.doc  1340000.0001