IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, individually and as President and Manager of Ghost Industries, LLC, and GHOST INDUSTRIES, LLC, an Illinois limited liability company,<br><br>     Plaintiffs,<br><br>  v.<br><br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, RONALD A. OPPEDISANO, individually and as President of the Village of Norridge, JAMES J. JOBE, Chief of Police of the Village of Norridge, JUDITH D. BERNARDI, Clerk of Village of Norridge, URSULA A. KUCHARSKI, DENNIS H. STEFANOWICZ, DOMINIC SULIMOWSKI, DOMINIC S. FALAGARIO, JACQUELINE GREGORIO, AND ROBERT MARTWICK, individually and as Trustees of the Village of the Norridge and MARK V. CHESTER, individually and as Village Attorney of the Village of Norridge,<br><br>     Defendants. | No. 11-CV-03871<br><br>Hon. Charles R. Norgle, Sr.<br>U.S. District Judge<br><br>Hon. Morton Denlow<br>U.S. Magistrate Judge |

## NOTICE OF MOTION

To: Walter Peter Maksym , Jr.
   Attorney at Law
   2056 North Lincoln Avenue
   Chicago, IL 60614-4525
   Email: wmaksym@gmail.com

  PLEASE TAKE NOTICE that on **February 10, 2012**, at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Charles R. Norgle, Sr.,**, in the Courtroom usually occupied by him in **Room 2341** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY**, a copy of which is herewith served upon you.

                /s/ Thomas G. DiCianni
                THOMAS G. DICIANNI

Thomas G. DiCianni (ARDC #03127041)
tdicianni@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2012, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

> Walter Peter Maksym , Jr.
> Attorney at Law
> 2056 North Lincoln Avenue
> Chicago, IL 60614-4525
> wmaksym@gmail.com

    /s/ Thomas G. DiCianni
    THOMAS G. DiCIANNI, Attorney Bar # 03127041
    One of the attorneys for Defendants

    ANCEL, GLINK, DIAMOND, BUSH,
    DICIANNI & KRAFTHEFER, P.C.
    140 South Dearborn Street, Sixth Floor
    Chicago, Illinois 60603
    Telephone: (312) 782-7606
    Facsimile: (312) 782-0943
    E-Mail: tdicianni@ancelglink.com

\\agdom1\files\Users\DHincks\Mydocs\Hincks\1. TGD\Kole\NOM 020812.doc  1340000.0001