UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Tony Kole, et al.
                Plaintiff,

v.                                                  Case No.: 1:11−cv−03871
                                                  Honorable Charles R. Norgle Sr.

Village of Norridge, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 22, 2012:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Defendants' Motion to Extend Discovery and Revise Case Management Schedule [51] is granted. All dates set in the order of October 26, 2011 are stricken. In a separate minute order the motions of certain defendants to dismiss have been granted. Other motions to dismiss remain under advisement. Counsel are not required to appear on March 23, 2012. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.