```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

TONY KOLE, et. al.,                )
                                   ) Civil Case No: 1:11-cv-03871
            Plaintiffs,            )
                                   ) Hon. Charles R. Norgle, Sr.
       v.                          ) U.S. District Judge
                                   )
VILLAGE OF NORRIDGE, et. al.,      ) Hon. Morton Denlow
                                   ) U.S. Magistrate Judge
            Defendants.            )

<u>PLAINTIFFS' MOTION TO RECONSIDER DISMISSAL ORDERS</u>

NOW COME Plaintiffs, TONY KOLE and GHOST INDUSTRIES, LLC, by and through their attorney, Walter P. Maksym, Jr., and move to reconsider the Order of Dismissal entered on March 22, 2012 (Doc. 54) and the Order of Dismissal entered on March 28, 2012 (Doc. 55), stating as follows:

1. On March 22, 2012 this Court entered an order (Doc. 54) granting Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Doc.) in part by dismissing Defendants Kucharski, Stefanowicz, Sulimowski, Falagario, Regorio, and Martwick (the "Board Members") "in their official and individual capacities" and Defendant Chester "in his individual capacity" ("Dismissal Order No. 1").

2. On March 22, 2012 this Court entered a second order (Doc. 55) granting Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 11) in part by dismissing Defendants Jobe and Bernardi in their individual capacities ("Dismissal

Order No. 2").

3. For the reasons stated in the Memorandum of Law to be filed in support of this motion, said Dismissal Order No. 1 and Dismissal Order No. 2 (collectively "Dismissal Orders Nos. 1 and 2") misapprehended an/or overlooked the matters set forth therein and should therefore be reconsidered.

WHEREFORE, Plaintiffs respectfully pray that this Court;

A.) reconsider said Dismissal Orders Nos. 1 and 2 (Docs. 1 & 2); and

B.) upon reconsideration this Court enter an order vacating said Dismissal Orders Nos. 1 and 2, denying Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Docs. Nos. 13 & 30) in all respects with respect to said Defendants, and granting Plaintiffs such other further relief as this Court may deem fair, just and proper in the premises.

       Respectfully submitted,

       TONY KOLE and GHOST INDUSTRIES, LLC, Plaintiffs,

       By /s/ Walter P. Maksym, Jr.
        WALTER P. MAKSYM, JR., their attorney

Walter P. Maksym, Jr.
Attorney at Law
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

2