IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, et. al., ) | |
| ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, ) | |
| ) | Hon. Charles R. Norgle, Sr. |
| v. ) | U.S. District Judge |
| ) | |
| VILLAGE OF NORRIDGE, et. al., ) | Hon. Morton Denlow |
| ) | U.S. Magistrate Judge |
| Defendants. ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that on April 5, 2012 I filed Plaintiffs' Motion to Reconsider Dismissal Orders and this Notice of Filing, copies of which are herewith served upon you, courtesy copies of which will been sent to said Judge.

               /s/ Walter P. Maksym, Jr.
               Walter P. Maksym, Jr.
               Attorney for Plaintiff
               2056 N. Lincoln Avenue
               Chicago, IL 60614-4525
               Telephone: (312) 218-4475
               e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on April 5, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

 Thomas G. DiCianni
 tdicianni@ancelglink.com
 *ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.*
 140 South Dearborn Street, Sixth Floor
 Chicago, IL 60603

               /s/ Walter P. Maksym, Jr.
               Walter P. Maksym, Jr.