IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

### AMENDED NOTICE OF MOTION

TO: Thomas G. DiCianni tdicianni@ancelglink.com
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603

PLEASE TAKE NOTICE that on April 20, 2012 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle, Sr., in the Courtroom usually occupied by him in Room 2341 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago Illinois, and then and there present Plaintiffs' Motion to Reconsider Dismissal Orders before U.S. District Judge Charles R. Norgle, Sr., copies of which are herewith served upon you, courtesy copies of which will be sent to said Judge.

*/s/ Walter P. Maksym, Jr.*
Walter P. Maksym, Jr.
Attorney for Plaintiff
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (312) 218-4475
e-mail: wmaksym@gmail.com

### CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it on April 6, 2012 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to above-listed counsel for Defendants.

*/s/ Walter P. Maksym, Jr.*