# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Thomas M. Durkin | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3871 | **DATE** | 1/28/2013 |
| **CASE TITLE** | Kole vs. Village of Norridge | | |

**DOCKET ENTRY TEXT**

A status hearing is set for 2/8/13 at 9:30 a.m.

■[ For further details see text below.]  Notices mailed by Judicial staff.

## STATEMENT

This case has been reassigned to the calendar of Judge Thomas M. Durkin. The parties are directed to confer, and then prepare and file a joint status report, not to exceed three pages, no later than two business days before the status date. If defendant's counsel has not yet filed an appearance, the status report should be prepared by plaintiff's counsel. A template for the joint status report may be found on Judge Durkin's website under Cases Reassigned to Judge Durkin. To the extent not already stricken by the predecessor district judge, all pending status dates are stricken. All other dates, including briefing schedules, motion deadlines, discovery schedules, and pretrial order deadlines, shall remain intact. A status hearing is set for 2/28/13 at 9:30 a.m. in Courtroom 1725. A copy of the status report is to be delivered to the Courtroom Deputy in room 1732.