IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY KOLE, et. al., | ) | |
| | ) | Civil Case No: 1:11-cv-03871 |
| Plaintiffs, | ) | |
| | ) | Hon. Thomas M. Durkin |
| v. | ) | U.S. District Judge |
| | ) | |
| VILLAGE OF NORRIDGE, et. al., | ) | Hon. Morton Denlow |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

NOTICE OF FILING

    PLEASE TAKE NOTICE that on February 22, 2013 I file Plaintiffs' Memorandum of Supplemental Authorities Reported Since Briefing of Defendants' Motion to Dismiss and this Notice of Filing, copies of which are herewith served upon you, courtesy copies of which will been sent to said Judge.

                                                                                                                       */s/ Walter P. Maksym, Jr.*
                                                                                                               Walter P. Maksym, Jr.
                                                                                                               Attorney for Plaintiff
                                                                                                               2056 N. Lincoln Avenue
                                                                                                               Chicago, IL 60614-4525
                                                                                                               Telephone: (312) 218-4475
                                                                                                               e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

    The undersigned certifies that he served true and correct copies of the foregoing documents by electronically filing it February 22, 2013 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send notification by electronic mail to the following counsel for Defendants:

    Thomas G. DiCianni
    tdicianni@ancelglink.com
    *ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER P.C.*
    140 South Dearborn Street, Sixth Floor
    Chicago, IL 60603

                                                                                                              */s/ Walter P. Maksym, Jr.*
                                                                                                               Walter P. Maksym, Jr.