IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*,  Plaintiffs,  v.  VILLAGE OF NORRIDGE, *et al.*,  Defendants. | No. 11-CV-03871  Hon. Judge Thomas M. Durkin  U.S. District Judge  Hon. Morton Denlow  U.S. Magistrate Judge |

## NOTICE OF MOTION

To:  Walter Peter Maksym , Jr.
     Attorney at Law
     2056 North Lincoln Avenue
     Chicago, IL 60614-4525
     Email: wmaksym@gmail.com

     PLEASE TAKE NOTICE that on **March 12, 2013**, at **9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas M. Durkin,**, in the Courtroom usually occupied by him in **Room 1725** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' MEMORANDUM OF SUPPLEMENTAL AUTHORITY** a copy of which is herewith served upon you.

                                          /s/ Brent O. Denzin
                                          BRENT O. DENZIN

Thomas G. DiCianni / ARDC #03127041
tdicianni@ancelglink.com
Brent O. Denzin /ARDC #6294953
bdenzin@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant, Village of Norridge
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2013, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Walter Peter Maksym , Jr.
Attorney at Law
2056 North Lincoln Avenue
Chicago, IL 60614-4525
wmaksym@gmail.com

/s/ Brent O. Denzin
BRENT O. DENZIN, Attorney Bar # 6294953
One of the attorneys for Defendant, Village of Norridge

ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone:	(312) 782-7606
Facsimile:	(312) 782-0943
E-Mail:	bdenzin@ancelglink.com

\\agdom1\files\Users\DHincks\Mydocs\Hincks\1. TGD\Kole\NOM 032112.doc  1340000.0001