# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Tony Kole, et al.

                          Plaintiff,

v.                                                   Case No.: 1:11−cv−03871
                                                      Honorable Thomas M. Durkin

Village of Norridge, et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 27, 2013:

      MINUTE entry before Honorable Thomas M. Durkin: The Village of Norridge's Motion to strike [74] Plaintiffs' Memorandum of Supplemental Authorities [72] is denied. In ruling on the pending motion to dismiss [13], the Court will consider only the new cases cited by the parties, and not any additional arguments beyond those contained in the more than 125 pages of briefs already filed. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.