# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 11 CV 3871

TONY KOLE and GHOST INDUSTRIES, LLC
v.
VILLAGE OF NORRIDGE, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TONY KOLE and GHOST INDUSTRIES, LLC

| | |
|---|---|
| NAME (Type or print) <br> David G. Sigale | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David G. Sigale | |
| FIRM <br> Law Firm of David G. Sigale, P.C. | |
| STREET ADDRESS <br> 739 Roosevelt Road, Suite 304 | |
| CITY/STATE/ZIP <br> Glen Ellyn, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6238103 | TELEPHONE NUMBER <br> 630.452.4547 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |