**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TONY KOLE and GHOST INDUSTRIES, LLC, )<br>an Illinois limited liability company, )<br>)<br>                Plaintiffs, )<br>)<br>v. )<br>)<br>VILLAGE OF NORRIDGE, an Illinois municipal )<br>corporation, )<br>)<br>                Defendant. ) | Case No. 11 CV 3871 |

**NOTICE OF MOTION**

TO:    All Counsel of Record

      You are hereby notified that on the **24th** day of July, 2013 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Durkin, or any Judge sitting in his stead, in Courtroom 1725 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' Motion for Leave to File Second Amended Complaint, filed simultaneously with this Notice.

                                                            /s/ David G. Sigale
                                                    One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Plaintiff, hereby certifies that on July 9, 2013, he served a copy of the above Notice of Motion, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

                                                /s/ David G. Sigale
                                                David G. Sigale