IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendant. | |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

NOW COMES Defendant, Village of Norridge, by their counsel, and move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and in support of that motion states the following:

1. Plaintiffs have filed a seven-count Second Amended Complaint challenging the Defendant's licensing and regulation of Plaintiffs' weapons sales business within the Village of Norridge.

2. For all of the reasons set forth in Defendant's Memorandum of Law in Support of its Motion to Dismiss, the Second Amended Complaint fails to state a claim upon which relief could be granted and should be dismissed.

WHEREFORE, Defendant prays that this Court dismiss Plaintiffs' Second Amended Complaint.

/s/ Thomas G. DiCianni

Thomas G. DiCianni (ARDC #03127041)
tdicianni@ancelglink.com
Brent O. Denzin (ARDC #6294953)
bdenzin@ancelglink.com
Daniel J. Bolin (ARDC #6295932)
dbolin@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants
140 South Dearborn Street, 6th Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax