IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, *et al.*, | |
| | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendants. | |

### NOTICE OF MOTION

To:    Walter Peter Maksym , Jr.        David G. Sigale
       Attorney at Law                  Law Firm of David G Sigale, P.C.
       400 East Ohio #2004            739 Roosevelt Road, Suite 304
       Chicago, IL 60611-4631      Glen Ellyn, IL 60137
       Email: wmaksym@gmail.com    Email: dsigale@sigalelaw.com

      PLEASE TAKE NOTICE that on **September 9, 2013**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas M. Durkin,**, in the Courtroom usually occupied by him in **Room 1725** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT,** a copy of which is herewith served upon you.

                                                       /s/ Daniel J. Bolin
                                                       DANIEL J. BOLIN

Thomas G. DiCianni (ARDC #3127041)
Brent O. Denzin (ARDC #6294953)
Daniel J. Bolin (ARDC #6295932)
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant, Village of Norridge
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2013, I electronically filed the foregoing **Notice of Motion** and **Defendants' Motion to Dismiss Amended Complaint** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Walter Peter Maksym , Jr.
Attorney at Law
400 East Ohio / #2004
Chicago, IL 60611-4631
wmaksym@gmail.com

David G. Sigale
Law Firm of David G Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL  60137
Email:  dsigale@sigalelaw.com

        /s/ Daniel J. Bolin
        DANIEL J. BOLIN, Attorney Bar #6295932
        One of the attorneys for Defendant, Village of Norridge

        ANCEL, GLINK, DIAMOND, BUSH,
        DICIANNI & KRAFTHEFER, P.C.
        140 South Dearborn Street, Sixth Floor
        Chicago, Illinois 60603
        Telephone:   (312) 782-7606
        Facsimile:    (312) 782-0943
        E-Mail:         dbolin@ancelglink.com