**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Tony Kole, et al.
                          Plaintiff,

v.                                         Case No.: 1:11−cv−03871
                                                    Honorable Charles R. Norgle, Sr

Village of Norridge, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 9,2013:

      MINUTE entry before Honorable Thomas M. Durkin:Defendants' motion for leave to file to file oversized brief [93] is granted. Motion hearing held on 9/9/2013. Motion to Dismiss for Failure to State a Claim[91] is entered and continued.Plaintiff 's response is due by 10/7/2013. Defendants' Replies due by 10/15/2013. Status hearing set for 10/15/2013 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.