IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY KOLE, *et al*.,

               Plaintiffs,

     v.

VILLAGE OF NORRIDGE,

               Defendant.

No. 11-CV-03871

Hon. Judge Thomas M. Durkin
U.S. District Judge

Hon. Morton Denlow
U.S. Magistrate Judge

## DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY, *INSTANTER*

NOW COMES Defendant, by its counsel, and moves this Court for leave to file an oversized reply brief in support of its Motion to Dismiss, *instanter*, and in support of that motion, states the following:

1.      Plaintiffs filed a 19-page response to the Village's Motion to Dismiss Plaintiffs' seven-count Second Amended Complaint challenging various actions of the Village in connection with Plaintiffs' application for a license to operate a firearms sales business in the Village of Norridge.

2.      The Village worked diligently to edit and limit their Reply to meet the 15-page limit, but in the end found they needed 16 pages. The final page only consists of a short conclusion and a signature block.

3.      The Village's Reply was due on October 29, 2013. However, the attorney primarily responsible for drafting the Reply, Daniel J. Bolin, became preoccupied with an immovable deadline in a property tax matter. Additionally, lead counsel, Thomas G. DiCianni, was out of town and unable to review the Reply. As a result, the Village was unable to put the Reply in to final form until October 30, 2013.

1

4.      The Village contacted the Plaintiffs prior to the expiration of the October 29, 2013 deadline, and Plaintiffs' counsel agreed to the filing of the Village's Reply on October 30, 2013. A copy of the proposed Reply is attached hereto as *Exhibit A*.

WHEREFORE, Defendant prays that this Court grant it leave to file an oversized Reply in Support of Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, *instanter*.

/s/ Daniel J. Bolin

_____

Thomas G. DiCianni (ARDC #03127041)
tdicianni@ancelglink.com
Brent O. Denzin (ARDC #6294953)
bdenzin@ancelglink.com
Daniel J. Bolin (ARDC #6295932)
dbolin@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants
140 South Dearborn Street, 6th Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax