IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE and GHOST INDUSTRIES, LLC, an Illinois limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF NORRIDGE, an Illinois municipal corporation, <br><br> Defendant. | ) ) ) ) ) ) Case No. 11 CV 3871 ) ) ) ) ) ) |

## MOTION FOR PRELIMINARY INJUNCTION

NOW COME the Plaintiffs, Tony Kole and Ghost industries, LLC, an Illinois limited liability company, and, and move for the entry of an order:

1. Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing "An Ordinance Repealing and Reenacting Chapter 22, Article VIII, and Amending Chapter 38, Section 22 of the Revised Municipal Code of the Village of Norridge - 2002 An Ordinance Reenacting Weapons Dealers Licensing and Amending Associated Fees and Penalties, Ordinance No. 1697-11" which was adopted on or about February 9, 2011 (hereinafter "the Revised Ordinance"), a copy of which is attached hereto, against the Plaintiffs, such that Plaintiffs would be prohibited from operating in the Village of Norridge as a Weapons Dealer after November 30, 2013;

2. Preliminarily enjoining Defendant, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing any Village of Norridge Ordinance, or provision of the Ultra Vires

Agreement (attached hereto) which prohibits Plaintiffs from operating as a Weapons Dealer in the Village of Norridge after November 30, 2013.

    3.    A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: November 14, 2013        Respectfully submitted,

        By:    /s/David G. Sigale
            David G. Sigale

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

    1.    On November 14, 2013, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.



        /s/ David G. Sigale
        Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com