## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Tony Kole, et al.
                            Plaintiff,

v.                                                   Case No.: 1:11−cv−03871
                                                        Honorable Thomas M. Durkin

Village of Norridge, et al.
                            Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, November 21, 2013:

      MINUTE entry before the Honorable Thomas M. Durkin:Motion hearing held on 11/21/2013.Defendants' response to plaintiff's motion for preliminary injunction [102] is due by 11/25/2013. Motion Hearing set for 11/26/2013 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.