# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Tony Kole, et al.
                                Plaintiff,

v.                                                Case No.: 1:11−cv−03871
                                                Honorable Thomas M. Durkin

Village of Norridge, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2013:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 12/12/2013. The Temporary Restraining Order is hereby extended another 14 days, to expire at 12:01 a.m. December 29, 2013. Status hearing set for 12/20/2013 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.