## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Tony Kole, et al.
                         Plaintiff,

v.                                                    Case No.: 1:11−cv−03871
                                                       Honorable Thomas M. Durkin

Village of Norridge, et al.
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2014:

       MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 1/16/2014. Plaintiff has to 1/31/14 in which to file an amended complaint. Preliminary Injunction hearing set for 3/7/2014 at 10:30 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.