U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Federal Firearms License
## (18 U.S.C. Chapter 44)

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. See "WARNINGS" and "NOTICES" on reverse.

| | |
|---|---|
| Direct ATF Correspondence To | ATF - Chief, FFLC<br>244 Needy Road<br>Martinsburg, WV 25405-9431 |
| License Number | **3-36-031-01-4B-02885** |
| Chief, Federal Firearms Licensing Center (FFLC) *[signature]* | |
| Expiration Date | **February 1, 2014** |

**Name**
GHOST INDUSTRIES LLC

**Premises Address** (Changes? Notify the FFLC at least 30 days before the move.)
7601 W MONTROSE AVE SUITE 2
NORRIDGE, IL 60706-

**Type of License**
01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES

**Purchasing Certification Statement**
The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

_Tony Kole_ — Licensee/Responsible Person Signature
TONY KOLE — Printed Name
PRESIDENT — Position/Title
1-18-11 — Date

**Mailing Address** (Changes? Notify the FFLC of any changes.)
GHOST INDUSTRIES LLC
7601 W MONTROSE AVE SUITE 2
NORRIDGE, IL 60706-

_[signature]_ Tony Kole 1-21-11

ATF Form 8 (5310.11)
Revised September 2008
Previous Edition is Obsolete

GHOST INDUSTRIES LLC 7601 W MONTROSE AVE SUITE 2;6071;6-3-36-031-01-4B-02885;February 1, 2014;01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES

**Federal Firearms License (FFL) Customer Service Information**

| | | |
|---|---|---|
| Federal Firearms Licensing Center (FFLC)<br>244 Needy Road<br>Martinsburg, WV 25405-9431 | Toll-free Telephone Number: (866) 662-2750<br>Toll-free Fax Number: (866) 257-2749<br>E-mail: NLC@atf.gov | ATF Homepage: www.atf.gov<br>FFL eZ Check: www.atfonline.gov/fflezcheck |

**Change of Address** (27 CFR 478.52). Licensees may during the term of their current license remove their business or activity to a new location at which they intend regularly to carry on such business or activity by filing an Application for an Amended Federal Firearms License, ATF Form 5300.38, in duplicate, not less than 30 days prior to such removal with the Chief, Federal Firearms Licensing Center. The application must be executed under the penalties of perjury and penalties imposed by 18 U.S.C 924. The application shall be accompanied by the licensee's original license. The license will be valid for the remainder of the term of the original license. (The Chief, FFLC, shall, if the applicant is not qualified, refer the application for amended license to the Director of Industry Operations for denial in accordance with § 478.71.)

**Right of Succession** (27 CFR 478.56). (a) Certain persons other than the licensee may secure the right to carry on the same firearms or ammunition business at the same address shown on, and for the remainder of the term of, a current license. Such persons are: (1) The surviving spouse or child, or executor, administrator, or other legal representative of a deceased licensee; and (2) A receiver or trustee in bankruptcy, or an assignee for benefit of creditors. (b) In order to secure the right provided by this section, the person or persons continuing the business shall furnish the license for that business for endorsement of such succession to the Chief, FFLC, within 30 days from the date on which the successor begins to carry on the business.

*(Continued on reverse side)*

---

**Cut Here** ✂ — — — — —

**Federal Firearms License (FFL) Information Card**

| | |
|---|---|
| License Name: | GHOST INDUSTRIES LLC |
| Business Name: | |
| License Number: | 3-36-031-01-4B-02885 |
| License Type: | 01-DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES |
| Expiration: | February 1, 2014 |

Please Note: Not Valid for the Sale or Other Disposition of Firearms.

**FFL Newsletter - Electronic Version Available**
Sign-Up Today!

FFLs interested in receiving the electronic version of the FFL Newsletter, along with occasional additional information, should submit name, FFL number, and e-mail address to: FFLNewsletter@atf.gov.

The electronic FFL Newsletter will enable ATF to communicate information to licensees on a periodic basis.