Norridge, Illinois, Code of Ordinances >> - REVISED MUNICIPAL CODE >> **Chapter 22 - BUSINESSES** >> **ARTICLE VIII. - WEAPONS DEALERS** >>

### ARTICLE VIII. - WEAPONS DEALERS[*]

**State law reference**—Weapons, 720 ILCS 5/24-1 et seq.

Sec. 22-361. - License.
Sec. 22-362. - Report of sale.

### Sec. 22-361. - License.

A. *Required.* It shall be unlawful for any person to engage in the business of selling, or to sell, loan or give to any person, within the village, any pistol, revolver, derringer, rifle, shotgun, or other firearm, Bowie knife, dirk, air rifle or air gun, or any toy firearms or other toy in the nature of a firearm in which any explosive substance can be used, or any weapon of like character, without securing a license so to do as provided in this section.

B. *Application.* Any person desiring to sell or offer for sale firearms or other dangerous weapons in the village shall make application in writing to the village clerk for a license, which application shall state the name of the applicant, the residence and business addresses of the applicant and such other information as the village clerk shall desire.

C. *Revocation.* If the board of trustees is satisfied that such applicant has violated any provisions of this section, it may revoke the license of such person for the selling of such weapons. In such a case, the money paid for such license shall be forfeited to the village, and no other such license shall be issued to such licensee for a period of three years thereafter.

(Code 1972, ch. 7, art. 11, § 3)

### Sec. 22-362. - Report of sale.

Every person who is licensed to deal in the deadly weapons described in section 22-389A., shall make out and deliver to the chief of police every day before the hours of 12:00 noon, a legible and correct report of every sale or gift made under authority of such license during the preceding 24 hours, which report shall contain the date of such sale or gift, the name of the purchaser or donee with his address and age, his nationality and citizenship, the number, kind, description and price of such weapon, the number of the purchaser's permit and the purpose given by such person for the purchase of such weapon, which report shall be substantially in the following form:

Number permit
Number of weapon
Name of purchaser
Address of purchaser
Citizen or alien
If alien, name of country subject of
Age of purchaser
Kind or description of weapon
For what purpose purchased
Price

If no such sale has been made during the preceding 24 hours, then it shall not be necessary to file the report for such period.

(Code 1972, ch. 7, art. 11, § 3)

Case: 1:11-cv-03871 Document #: 115-2 Filed: 01/31/14 Page 2 of 2 PageID #:791

**State law reference—**Register of sales of concealable firearms required, 720 ILCS 5/24-4.