13. The UVA and New Ordinance and burdensome requirements and restrictions contained in the Ordinances challenged in this lawsuit have unjustifiably inhibited, and continue to unjustifiably inhibit, my efforts to advertise, display, and sell firearms from Ghost's current business location in Norridge or any other location.

14. But for the enactments and burdensome requirements and restrictions contained in the UVA and Ordinances challenged in this complaint, I would advertise and sell firearms from a business location in Norridge.

15. But for the enactments and burdensome requirements and restrictions contained in the UVA and New Ordinance, my would-be customers in and around Norridge who wish to exercise their constitutionally-protected rights to purchase firearms for lawful purposes including self-defense and training would be able to purchase said firearms, and accompanying ammunition, from my business location in Norridge.

I declare under perjury that the foregoing is true and correct.

Executed this 7th day of February, 2014.

_____
Tony Kole

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com