**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division**

Tony Kole, et al.
                                        Plaintiff,

v.                                                                        Case No.: 1:11−cv−03871
                                                                        Honorable Thomas M. Durkin

Village of Norridge, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 13, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion to Dismiss for Failure to State a claim [91] is denied as moot. Plaintiffs' Motion for preliminary injunction [116] is entered and continued. Plaintiffs' Motion for leave to file and to file excess pages [118] is granted. Motion hearing held on 2/13/2014. Defendants' response to plaintiffs' motion for preliminary injunction is due by 3/5/2014. Defendants' answer to the Third Amended Complaint is due 3/5/14. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.