IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF NORRIDGE, <br><br> Defendant. | No. 11-CV-03871 <br><br> Hon. Judge Thomas M. Durkin <br> U.S. District Judge <br><br> Hon. Morton Denlow <br> U.S. Magistrate Judge |

**DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

NOW COMES Defendant, Village of Norridge, by its counsel, and move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and in support of that motion states the following:

1. Plaintiffs have filed an eight-count Third Amended Complaint challenging the Defendant's licensing and regulation of weapons dealers within the Village of Norridge.

2. For the reasons to be stated in Defendant's forthcoming Memorandum of Law in Support of its Motion to Dismiss, the Third Amended Complaint fails to state a claim upon which relief could be granted and should be dismissed.

3. Defendant respectfully requests the Court to set a briefing schedule on Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint at the hearing scheduled on March 7, 2014.

WHEREFORE, Defendant prays that this Court dismiss Plaintiffs' Third Amended Complaint.

                                                  VILLAGE OF NORRIDGE

                                                  /s/ Thomas G. DiCianni
                                                  One of its attorneys

Thomas G. DiCianni (ARDC #03127041)
tdicianni@ancelglink.com
Brent O. Denzin (ARDC #6294953)
bdenzin@ancelglink.com
Daniel J. Bolin (ARDC #6295932)
dbolin@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants
140 South Dearborn Street, 6th Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax


4818-9688-9112, v. 2