IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendant. | |

### NOTICE OF MOTION

To: Walter Peter Maksym, Jr.      David G. Sigale
     Attorney at Law                     Law Firm of David G Sigale, P.C.
     400 East Ohio #2004              739 Roosevelt Road, Suite 304
     Chicago, IL 60611-4631          Glen Ellyn, IL 60137
     Email: wmaksym@gmail.com     Email: dsigale@sigalelaw.com

     PLEASE TAKE NOTICE that on **March 7, 2014**, at **10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas M. Durkin**, in the Courtroom usually occupied by him in **Room 1441** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendant's Motion to Dismiss Third Amended Complaint,** a copy of which is herewith served upon you.

                                                            /s/ Daniel J. Bolin
                                                            DANIEL J. BOLIN

Thomas G. DiCianni (ARDC #3127041)
Brent O. Denzin (ARDC #6294953)
Daniel J. Bolin (ARDC #6295932)
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant, Village of Norridge
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, I electronically filed the foregoing **Notice of Motion** and **Defendant's Motion to Dismiss Third Amended Complaint** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Walter Peter Maksym , Jr.
Attorney at Law
400 East Ohio / #2004
Chicago, IL 60611-4631
wmaksym@gmail.com

David G. Sigale
Law Firm of David G Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL  60137
Email:  dsigale@sigalelaw.com

/s/ Daniel J. Bolin
DANIEL J. BOLIN, Attorney Bar #6295932
One of the attorneys for Defendant, Village of Norridge

ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone:	(312) 782-7606
Facsimile:	(312) 782-0943
E-Mail:	dbolin@ancelglink.com

4814-1895-0169, v.  1