**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Tony Kole, et al.
                              Plaintiff,

v.                                            Case No.: 1:11−cv−03871
                                                 Honorable Thomas M. Durkin

Village of Norridge, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin: Preliminary Injunction hearing reset for 3/7/2014 at 09:30 AM. (Note: time change only)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.