## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Tony Kole, et al.
                              Plaintiff,

v.                                                      Case No.: 1:11−cv−03871
                                                      Honorable Thomas M. Durkin

Village of Norridge, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2014:

      MINUTE entry before the Honorable Thomas M. Durkin:Motion for preliminary injunction [116] is denied without prejudice as moot in light of the fact that the defendants have agreed to extend the temporary restraining order until the decision on the outcome of the instant litigation (or for one additional year, whichever is less). Status hearing held on 3/6/2014. The 3/7/14 preliminary injunction hearing is stricken. Briefing on defendants' motion to dismiss [123] is stayed. This action is referred to Magistrate Judge Martin to conduct a settlement conference. This Court will set a status hearing after the settlement conference has been completed. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.