**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Tony Kole, et al.
                           Plaintiff,

v.                                               Case No.: 1:11−cv−03871
                                                       Honorable Thomas M. Durkin

Village of Norridge, et al.
                           Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel G. Martin for the purpose of holding proceedings related to: settlement conference.(srn, )Mailed notice.


Dated: March 6, 2014

                                                              /s/ Thomas M. Durkin

                                                              United States District Judge