## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Tony Kole, et al.
                      Plaintiff,

v.                                       Case No.: 1:11−cv−03871
                                                 Honorable Thomas M. Durkin

Village of Norridge, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2014:

    MINUTE entry before the Honorable Daniel G. Martin: Continued settlement conference held on 5/27/2014. Agreement not reached. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge.Judge Honorable Daniel G. Martin no longer referred to the case. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.