## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TONY KOLE and GHOST INDUSTRIES, LLC, an Illinois limited liability company, )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>VILLAGE OF NORRIDGE, an Illinois municipal corporation, )<br>)<br>        Defendant. ) | Case No. 11 CV 3871 |

## NOTICE OF MOTION

TO:    All Counsel of Record

    You are hereby notified that on the **17th** day of June, 2014 at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Durkin, or any Judge sitting in his stead, in Courtroom 1441 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Plaintiffs' <u>Motion for Preliminary Injunction</u>, filed simultaneously with this Notice.

                                                        /s/ David G. Sigale
                                                One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Plaintiff, hereby certifies that on June 12, 2014, he served a copy of the above Notice of Motion, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

        /s/ David G. Sigale  
        David G. Sigale