**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Tony Kole, et al.

Plaintiff,

v.                                                    Case No.: 1:11−cv−03871
                                                       Honorable Thomas M. Durkin

Village of Norridge, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2014:

  MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for preliminary injunction [137] is entered and continued to 8/18/14 at 9:00 a.m. Motion hearing held on 6/17/2014. Plaintiff's memorandum in support is to be filed by 6/24/14. Defendants' response is due by 7/22/2014 Plaintiff's reply is due by 8/5/2014. Preliminary Injunction Hearing set for 8/18/2014 at 09:30 AM. The briefing on the motion to dismiss is stayed. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.