IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY KOLE, *et al*.,

            Plaintiffs,

    v.

VILLAGE OF NORRIDGE,

            Defendant.

No. 11-CV-03871

Hon. Judge Thomas M. Durkin
U.S. District Judge

Hon. Morton Denlow
U.S. Magistrate Judge

## NOTICE OF MOTION

To:  Walter Peter Maksym , Jr.         David G. Sigale
      Attorney at Law                  Law Firm of David G Sigale, P.C.
      400 East Ohio #2004            739 Roosevelt Road, Suite 304
      Chicago, IL  60611-4631        Glen Ellyn, IL  60137
      Email: wmaksym@gmail.com    Email:  dsigale@sigalelaw.com

PLEASE TAKE NOTICE that on **July 17, 2014**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas M. Durkin**, in the Courtroom usually occupied by him in **Room 1441** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendant's Motion to Compel,** a copy of which is herewith served upon you.

                             /s/ Brent O. Denzin
                             BRENT O. DENZIN

Thomas G. DiCianni (ARDC #3127041)
Brent O. Denzin (ARDC #6294953)
Daniel J. Bolin (ARDC #6295932)
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant, Village of Norridge
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I electronically filed the foregoing **Notice of Motion** and **Defendant's Motion to Compel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Walter Peter Maksym , Jr.
Attorney at Law
400 East Ohio / #2004
Chicago, IL 60611-4631
wmaksym@gmail.com

David G. Sigale
Law Firm of David G Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL  60137
Email:  dsigale@sigalelaw.com


/s/ Brent O. Denzin
BRENT O. DENZIN, Attorney Bar #6294953
One of the attorneys for Defendant, Village of Norridge

ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
Telephone:     (312) 782-7606
Facsimile:     (312) 782-0943
E-Mail:        dbolin@ancelglink.com


4820-9495-6060, v.  1