IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendant. | |

## AMENDED NOTICE OF MOTION

To: Walter Peter Maksym , Jr.　　　　David G. Sigale
　　Attorney at Law　　　　　　　　　Law Firm of David G Sigale, P.C.
　　400 East Ohio #2004　　　　　　　739 Roosevelt Road, Suite 304
　　Chicago, IL  60611-4631　　　　　Glen Ellyn, IL  60137
　　Email: wmaksym@gmail.com　　　Email:  dsigale@sigalelaw.com

　　PLEASE TAKE NOTICE that on **July 21, 2014**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas M. Durkin**, in the Courtroom usually occupied by him in **Room 1441** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present **Defendant's Motion to Compel,** a copy of which was previously filed and served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brent O. Denzin
　　　　　　　　　　　　　　　　　　　　　　　　BRENT O. DENZIN

Thomas G. DiCianni (ARDC #3127041)
Brent O. Denzin (ARDC #6294953)
Daniel J. Bolin (ARDC #6295932)
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant, Village of Norridge
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2014, I electronically filed the foregoing **Amended Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Walter Peter Maksym , Jr.
Attorney at Law
400 East Ohio / #2004
Chicago, IL 60611-4631
wmaksym@gmail.com

David G. Sigale
Law Firm of David G Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL  60137
Email:   dsigale@sigalelaw.com


/s/ Brent O. Denzin
BRENT O. DENZIN, Attorney Bar #6294953
One of the attorneys for Defendant, Village of Norridge

ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
Telephone:    (312) 782-7606
Facsimile:    (312) 782-0943
E-Mail:    bdenzin@ancelglink.com

4819-2299-1388, v.  1