**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TONY KOLE and GHOST INDUSTRIES, LLC,<br>an Illinois limited liability company, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Case No. 11 CV 3871 |
| v. | ) <br> ) | |
| VILLAGE OF NORRIDGE, an Illinois municipal<br>corporation, | ) <br> ) <br> ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices.  The firm's new address is:

**799 Roosevelt Road, Suite 207**
**Glen Ellyn, IL 60137**

All correspondence should be sent to the new address effective immediately.  The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

_____/s/ David G. Sigale_____
Attorney for Plaintiffs

The undersigned certifies that:

1. On August 20, 2014, the Plaintiff electronically filed this Notice of Change of Address with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

_____/s/ David G. Sigale_____
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com