# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Tony Kole, et al.
        Plaintiff,

v.              Case No.: 1:11−cv−03871
              Honorable Thomas M. Durkin

Village of Norridge, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2015:

  MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion to dismiss for failure to state a claim is denied without prejudice. [123] Plaintiffs' motion for preliminary injunction [137] is denied without prejudice. Plaintiff is granted to and including 4/21/15 in which to file an amended complaint. Status hearing held on 3/6/2015. Status hearing set for 4/21/2015 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.