# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Tony Kole, et al.

                Plaintiff,

v.                                         Case No.: 1:11−cv−03871
                                                      Honorable Thomas M. Durkin

Village of Norridge, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel G. Martin for the purpose of holding proceedings related to: settlement conference.(srn, )Mailed notice.

Dated: April 30, 2015

                                                                  /s/ Thomas M. Durkin

                                                                  United States District Judge