## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Tony Kole, et al.
                         Plaintiff,

v.                                                      Case No.: 1:11−cv−03871
                                                          Honorable Thomas M. Durkin

Village of Norridge, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2015:

      MINUTE entry before the Honorable Daniel G. Martin: Magistrate Judge Status hearing held on 5/12/2015. Settlement Conference set for 6/30/2015 at 02:00 p.m. Plaintiffs' settlement demand letter is due by 6/16/2015; Defendants' settlement offer letter is due by 6/23/2015. The parties shall review and comply with Judge Martin's Standing Order for Settlement Conferences which is available on Judge Martin's web page at www.ilnd.uscourts.gov. Each party is required to email a copy of its settlement letter to Judge Martin's settlement conference inbox on the same day that it is provided to opposing counsel. The email address is Settlement_Correspondence_Martin@ilnd.uscourts.gov. Do not file copies of these letters on the court docket. Because of the volume of settlement conferences conducted by Judge Martin, once a settlement conference date has been agreed upon, the settlement conference will not be rescheduled without a motion showing good cause. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.