IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendant. | |

## DEFENDANT'S MOTION TO COMPEL

NOW COMES Defendant, Village of Norridge, by its counsel, and moves this Court to compel the plaintiffs to comply with outstanding discovery requests, and in support of that motion states the following:

1. On September 25, 2015, the defendant served on the plaintiffs written discovery to be answered within 30 days, pursuant to Rule 33 of the Federal Rules of Civil Procedure. (Attached as Exhibit A is a copy of those requests.)

2. Defendant also served on the plaintiff, Tony Kole, a Notice to take his deposition on October 29, 2015.

3. On October 27, 2015, defendant's counsel called plaintiff's counsel, David Sigale, to discuss the outstanding discovery and the plaintiff's scheduled deposition. Counsel only received Mr. Sigale's voicemail, and left a message.

4. That same day, defendant's counsel sent Mr. Sigale an email requesting compliance with outstanding discovery, and direction on whether the plaintiff was going to appear for his deposition on October 29, 2015. (A copy of the email is attached as Exhibit B).

1

5. The following day Mr. Sigale called defendant's office and spoke to defendant's counsel's assistant, and stated that he was not going to produce the plaintiff Kole for his deposition on October 29th, and that he (Mr. Sigale) would call defendant's counsel soon to discuss completion of discovery. Mr. Sigale has not called defendant's counsel to discuss the discovery compliance.

6. On November 2, 2015, counsel for defendant called Mr. Sigale's office, and left a message on his voicemail. Counsel stated that he was calling pursuant to Rule 37 of the Federal Rules of Civil Procedure, and that discovery needed to be completed quickly because this Court ordered discovery closed on November 30, 2015. As of the filing of this Motion, defendant's counsel has not heard back from plaintiffs.

WHEREFORE, the Defendant, VILLAGE OF NORRIDGE, prays that this Court compel the Plaintiffs to answer outstanding written discovery, and for Plaintiff Tony Kole to appear for his deposition, on a date certain.

        VILLAGE OF NORRIDGE

        /s/ Thomas G. DiCianni
        One of its Attorneys

Thomas G. DiCianni / ARDC #03127041
tdicianni@ancelglink.com
Brent O. Denzin / ARDC #6294953
bdenzin@ancelglink.com
Daniel J. Bolin /ARDC #6295932
dbolin@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant
140 South Dearborn Street, 6th Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, I electronically filed the foregoing **MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David G. Sigale
Law Firm of David G Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL  60137
dsigale@sigalelaw.com

/s/ Thomas G. DiCianni
THOMAS G. DiCIANNI  / ARDC #03127041
One of the attorneys for Defendant, Village of Norridge

ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
Telephone:     (312) 782-7606
Facsimile:      (312) 782-0943
E-Mail:          tdicianni@ancelglink.com

4814-8393-0410, v.  1

3