IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, et al., | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendant. | |

### AFFIDAVIT

Thomas G. DiCianni, being first duly sworn under oath, deposes and states the following:

1. He is lead counsel for the defendant, Village of Norridge, in this lawsuit.

2. On October 27, 2015, and again on November 2, 2015, he made a good faith effort to confer with the plaintiffs' attorney, in order to resolve their non-compliance with discovery, as discussed in the defendant's Motion to Compel. Nevertheless, the defendant has been unable to obtain compliance with the outstanding discovery requests without court action.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas G. DiCianni

SUBSCRIBED and SWORN
to before me this 2nd day of
November, 2015

_____
Notary Public

4815-6984-8106, v. 1

OFFICIAL SEAL
DARLENE L HINCKS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 08/02/2017