# EXHIBIT B

## DiCianni, Thomas

**From:** DiCianni, Thomas
**Sent:** Tuesday, October 27, 2015 11:30 AM
**To:** 'David G. Sigale'
**Subject:** Kole v. Norridge

David --- We served written discovery requests on you which are now overdue. As you know, we noticed Kole's deposition for this Thursday (10-29), which we'd really like to go forward. Judge Durkin was pretty adamant that the 11-30 discovery cutoff wasn't going to be extended, so we have to get this done. I just called and left a message for you. Please call me as soon as you can. If I'm not in the office, try my cell: ███████.

Thanks

Tom