IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY KOLE, *et al.*, | |
| Plaintiffs, | No. 11-CV-03871 |
| v. | Hon. Judge Thomas M. Durkin<br>U.S. District Judge |
| VILLAGE OF NORRIDGE, | Hon. Morton Denlow<br>U.S. Magistrate Judge |
| Defendant. | |

## NOTICE OF MOTION

To: David G. Sigale
    Law Firm of David G Sigale, P.C.
    799 Roosevelt Road, Suite 207
    Glen Ellyn, IL 60137
    Email: dsigale@sigalelaw.com

    PLEASE TAKE NOTICE that on **November 9, 2015**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Thomas M. Durkin**, in the Courtroom usually occupied by him in **Room 1441** of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present **Defendant's Motion to Compel,** a copy of which was previously filed and served upon you.

                                                        /s/ Thomas G. DiCianni
                                                        THOMAS G. DICIANNI

Thomas G. DiCianni / ARDC #3127041
Brent O. Denzin / ARDC #6294953
Daniel J. Bolin / ARDC #6295932
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendant, Village of Norridge
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David G. Sigale
Law Firm of David G Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL  60137
Email:  dsigale@sigalelaw.com

/s/ Thomas G. DiCianni
THOMAS G. DICIANNI / ARDC # 03127041
One of the attorneys for Defendant, Village of Norridge

ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
Telephone:    (312) 782-7606
Facsimile:    (312) 782-0943
E-Mail:       tdicianni@ancelglink.com

4822-2455-2746, v.  1