**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Tony Kole, et al.
                              Plaintiff,

v.                                                        Case No.: 1:11−cv−03871
                                                          Honorable Thomas M. Durkin

Village of Norridge, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 9, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to compel [167] is granted. The parties are to confer regarding the dates for the plaintiff's deposition. Motion hearing held on 11/9/2015. Plaintiff's oral motion to extend the discovery deadline is granted. Discovery ordered closed by 1/29/2016. Status hearing set for 1/29/2016 at 09:00 AM. The 11/30/15 close of discovery and status date are vacated. Plaintiff has to and including November 30, 2015 in which to file an amended complaint. Defendants' answer date will be set at the 1/29/16 status hearing. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.